The People of the State of New York ex rel. Lawrence Dole, Respondent, v. The Town Board of the Town of Hamburg, Erie County, New York, Appellant. — Order affirmed, with costs. All concurred.

Michael Conroy, Respondent, v. Cleveland, Cincinnati, Chicago and St. Louis Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

James B. Kehoe, Respondent, v. International Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

John H. Weston, Respondent, v. International Paper Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Timothy J. McCarthy, Appellant, v. International Railway Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Jesse L. Nichols, Respondent, v. New York and Pennsylvania Telegraph and Telephone Company, Appellant.— Motion for leave to appeal to Court of Appeals granted.

In the Matter of the Examination of Robert E. Jones in Proceedings Supplementary to Execution, etc.— Motion for reargument denied, with ten dollars costs.— Motion for leave to appeal to Court of Appeals denied.

Martha Franklin, Appellant, v. Charles Pinkus, Respondent.— Motion to dismiss appeal denied. Held, that the remedy of the respondent is to move at Special Term to have the case and exceptions declared abandoned.

Ralph M. Snell, Appellant, v. Niagara Paper Mills, Respondent.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

In the Matter of the Proceedings for the Disbarment of Wilson H. Gardenier, an Attorney and Counselor at Law.— Application denied.

In the Matter of the Application of the Buffalo and Lackawanna Traction Company for the Appointment of Three Commissioners, etc.— Robert F. Schelling, William B. Cutter and Michael J. Danahey appointed commissioners to determine whether the Buffalo and Lackawanna Traction Company ought to be constructed, maintained and operated upon and along the streets named in the petition.

Paragon Plaster Company, Appellant, v. Crucible Steel Company of America, Respondent.— Motion for leave to appeal to Court of Appeals granted and questions for review certified.

William L. Snow, Respondent, v. J. B. Wathen, Appellant.— Judgment affirmed, with costs, on the opinion of Carter, Referee.* All concurred.

Elmer E. Atkinson, Respondent, v. Consolidated Rendering Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

The People of the State of New York ex rel. William C. Brownell, Respondent, v. The Board of Assessors of the City of Buffalo, Appellant.— Motion for

* Opinion not furnished Reporter.